AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

15 NOV -2 AM 11: 24

CLERK-ALBUQUERQUE

| In the Matter of the Search of | ) |
| --- | --- |
| (Briefly describe the property to be searched or identify the person by name and address) | ) Case No. 15mr687 |
| 3102 Central Ave. SE Albuquerque, NM 87106 | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A, ATTACHED HERETO AND INCORPORATED BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B, ATTACHED HERETO AND INCORPORATED BY REFERENCE

**YOU ARE COMMANDED** to execute this warrant on or before ___November 1, 2015___ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___undersigned___.
(United States Magistrate Judge)

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___October 29, 2015 at 5:21 pm___     ___Karen B. Molzen___
Judge's signature

City and state:    ___Albuquerque, NM___     ___Chief United States Magistrate Judge Karen B. Molzen___
Printed name and title

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>15 MR 687 | Date and time warrant executed:<br>10/29/15 @ 1915 | Copy of warrant and inventory left with:<br>Mohammad Quraishi |
| Inventory made in the presence of:<br>SA Wagner + SA Stanford |||
| Inventory of the property taken and name of any person(s) seized:<br><br>(See attached FBI Receipt of Property and addendum to the warrant) |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date: _____

_____
Executing officer's signature

_____
Printed name and title

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 415K-AQ-238815-ML

On (date) search started 10/29/15, inventory left 10/30/15

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☑ Released To
- ☐ Seized

(Name) US Fish and Wildlife Service
(Street Address) 4901 Paseo del Norte, Ste. D
(City) Albuquerque, NM 87113

Description of Item(s):

| # | Description |
|---|---|
| 21 | Gabby Jewelry |
| 22 | " " |
| 23 | " " |
| 24 | " " |
| 25 | " " |
| 26 | " " |
| 27 | " " |
| 28 | " " |
| 29 | Papers |
| 30 | IJ Jewelry |
| 31 | Document |
| 32 | " |
| 33 | Jewelry Cards |
| 34 | " " |
| 35 | Documents |
| 36 | " |
| 37 | Folders |
| 38 | Documents |

Received By: [Signature]
Received From: [Signature]

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 415K-AQ-2388815-ML

On (date) search started 10/29/15, inventory left 10/30/15

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) US Fish and Wildlife Service
(Street Address) 4901 Paseo del Norte, ste. D
(City) Albuquerque, NM 87113

Description of Item(s):
1 - iPhone s/N C8QNLL2RG5MD
2 - iMac computer s/N QP6080STU2R
3 - Dell tower s/N 81LCPD1
4 - Western Digital external hard drive s/N WXEZ05065162
5 - Address Book
6 - UPS box (empty)
7 - Gabby folder
8 - Gabby Jewelry
9 - "    "
10 - "    "
11 - "    "
12 - "    "
13 - "    "
14 - "    "
15 - "    "
16 - "    "
17 - "    "
18 - "    "
19 - "    "
20 - "    "

Received By: R. Staff (Signature)
Received From: [signature] (Signature)